**Christen STORLA, Appellant,**

v.

**Shawn SCHULTZ and Karen Grove, Respondents.**

**No. WD 76604.**

Missouri Court of Appeals,
Western District.

June 3, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 23, 2014.

Application for Transfer Denied Sept. 30, 2014.

Danieal H. Miller, Malia T. Parnell, David T. Smith, Columbia, MO, for appellant.

Gerard Noce, Matthew H. Noce, St. Louis, MO, for respondent.

Before Division Four: JAMES E. WELSH, Chief Judge, Presiding, LISA WHITE HARDWICK, Judge and KEVIN HARRELL, Special Judge.

ORDER

PER CURIAM.

Christen Storla appeals the circuit court's judgment dismissing her petition for damages against Shawn Shultz and Karen Grove, both employees in the Sturgeon Public School District, on grounds of official immunity and failure to state a claim on which relief could be granted. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b)